```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X

ARROW ELECTRONICS, INC.,

                    Plaintiff,

       - against -                           ORDER

ENERGY WALL, LLC,                            25 Civ. 4875 (NRB)

                    Defendant.

---------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** on January 20, 2025, plaintiff Arrow Electronics, Inc. filed a Complaint in the District of Colorado against defendant Energy Wall, LLC, ECF No. 1; and

    **WHEREAS** on June 9, 2025, the District Court of Colorado stayed defendant's deadline to Answer and transferred the case to this District; and

    **WHEREAS** on June 10, 2025, the case was assigned to this Court; it is hereby

    **ORDERED** that the stay of defendant's time to Answer is lifted and that defendant shall Answer or otherwise move to dismiss the

Complaint no later than August 8, 2025. In this regard, the parties are reminded to comply with this Court's Individual Practice Rule 2.B.

Dated:   New York, New York
         July 25, 2025

                                                                                _____
                                                                                NAOMI REICE BUCHWALD
                                                                                UNITED STATES DISTRICT JUDGE

2